UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   04-44537-H5-7 |
| **THOMAS & LAVELLE COUCH** | Chapter 7 |
| Debtor(s). | APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a) |

The undersigned trustee reports:

____    The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X     More than ninety (90) days have passed since the return of minimal funds to Debtor, and the dividend(s) payable to the Debtor listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   04/16//10

/s/ Ronald J. Sommers
Ronald J. Sommers
2800 POST OAK BLVD 61st Floor
Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas   77002 via electronic transmission (ECF), on this 16TH day of  April, 2010.

/ Ronald J. Sommers
Ronald J. Sommers

**EXHIBIT "A"**

Please check one:

\_\_\_\_        Small Dividends

 XX          Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| Citibank (South Dakota) 4300 Westown Parkway Des Moines, IA 50266 | 12 | $4.52 |
| Citibank (South Dakota) 4300 Westown Parkway Des Moines, IA 50266 | 13 | $45.43 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL:** | | **$49.95** |